HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
EDWIN JERMAINE ROY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>EDWIN JERMAINE ROY<br>Defendant. | Case No. 2:21-cr-00014-WBS<br><br>STIPULATION AND ORDER RESOLVING PETITION AND TERMINATING SUPERVISION<br><br>Date: August 15, 2022<br>Time: 9:00 a.m.<br>Hon. William B. Shubb |

For the reasons set forth below, IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney James Conolly, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Hannah Labaree, attorney for EDWIN JERMAINE ROY, that the defendant has complied with the current conditions of his supervised release and, pursuant to this Court's order at the June 21, 2022 hearing, that the order alleging a violation of his supervised release at docket # 9 be dismissed, and that his term of supervised release be terminated.

**BASIS FOR STIPULATION**

On May 27, 2022, this Court issued an order for violation of supervised release. CR #3. Mr. Roy appeared via summons before this court on June 21, 2022. CR #9. At that hearing, this Court ordered Mr. Roy to remain on supervised release and modified the conditions of his release in two ways: by ordering him (1) to participate in an outpatient mental health treatment

program and to follow the rules and regulations of that program, as supervised by his probation officer and (2) to participate in a co-payment plan for treatment, testing, and/or medication. CR #9. The judge further ordered that if the defendant complied with the current conditions and modifications of supervised release between that date and August 15th, the date scheduled for the next hearing, that the matter would be considered resolved and the petition dismissed. CR #9.

The United States Probation Officer has confirmed that Mr. Roy has satisfied the terms of his supervised release as per this Court's orders of June 21, 2022. The Probation Officer further stated that his supervised release should thus be terminated as of August 11, 2022. For foregoing reasons the hearing date of August 15, 2022 should be vacated.

Dated: August 11, 2022

HEATHER E. WILLIAMS
Federal Defender

*/s/ Hannah Labaree*
HANNAH LABAREE
Assistant Federal Defender
Attorney for Defendant
EDWIN JERMAINE ROY

Dated: August 11, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ *James Conolly*
JAMES CONOLLY
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the terms and conditions of the defendant's supervised release have been satisfied and that therefore the petition for violation of his supervised release (CR #3) be DISMISSED, and that his term of supervised release be TERMINATED. This Court further orders that the hearing date of August 15, 2022 be VACATED.

Dated:  August 11, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE